IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Brown, Chamekie

Printed: 5/6/08

Case Number: 07 B 06594
Judge: Wedoff, Eugene R
Filed: 4/12/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: March 20, 2008
Confirmed: June 21, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 210.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 198.66 |
| Trustee Fee: |  | 11.34 |
| Other Funds: |  | 0.00 |
| Totals: | 210.00 | 210.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Zalutsky & Pinski Ltd | Administrative | 3,274.00 | 0.00 |
| 2. | Zalutsky & Pinski Ltd | Administrative | 3,354.00 | 198.66 |
| 3. | Peoples Energy Corp | Unsecured | 159.77 | 0.00 |
| 4. | Comcast Cablevision | Unsecured | 107.93 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 68.36 | 0.00 |
| 6. | University Anesthesiologists | Unsecured | 2.31 | 0.00 |
| 7. | United Collection Bureau Inc | Unsecured | 25.08 | 0.00 |
| 8. | Loan Express Company | Unsecured | 23.64 | 0.00 |
| 9. | Mages & Price | Unsecured | 289.76 | 0.00 |
| 10. | Midland Credit Management | Unsecured | 40.57 | 0.00 |
| 11. | ACC International | Unsecured | 329.60 | 0.00 |
| 12. | RoundUp Funding LLC | Unsecured | 58.50 | 0.00 |
| 13. | Bell West Community CU | Unsecured | | No Claim Filed |
| 14. | Area Circulation | Unsecured | | No Claim Filed |
| 15. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 16. | Constantinos Frantzides MD | Unsecured | | No Claim Filed |
| 17. | Medical Collections | Unsecured | | No Claim Filed |
| 18. | Rush University Medical Center | Unsecured | | No Claim Filed |
| 19. | Rush University | Unsecured | | No Claim Filed |
| 20. | Sallie Mae | Unsecured | | No Claim Filed |
| 21. | Chase | Unsecured | | No Claim Filed |
| 22. | Sallie Mae | Unsecured | | No Claim Filed |
| 23. | Shawn Davies MD | Unsecured | | No Claim Filed |
| 24. | World Gym | Unsecured | | No Claim Filed |
| 25. | TCF Bank | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:** Brown, Chamekie | | Case Number: 07 B 06594 |
| | | Judge: Wedoff, Eugene R |
| Printed: 5/6/08 | | Filed: 4/12/07 |

| | | | | |
|---|---|---|---|---|
| 26. | Target Store/Retailers Bank | Unsecured | | No Claim Filed |
| 27. | Vyridian Revenue Managment | Unsecured | | No Claim Filed |
| 28. | Student Loan Marketing Assn | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 7,733.52 | $ 198.66 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 11.34 |
| | _____ |
| | $ 11.34 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

